```
1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES, A LAW CORPORATION
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:      (619) 232-4261
5  FACSIMILE:      (619) 232-4840
```

FILED
07 DEC 28 PM 4:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2430 IEG POR

| | |
|---|---|
| MARISELA AYON, an individual, JOSE R. AYON, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive,<br><br>          Defendant. | CASE NO.<br><br>Action Date:   October 22, 2007<br><br><br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |

///
///
///
///
///
///
///
///

S0078883.DOC

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2,
2  *Specially Appearing* Defendants Harrah's Entertainment, Inc., Harrah's Operating Company, Inc.
3  and Harrah's Rincon Resort & Casino, Inc. state the following information. *Specially Appearing*
4  Defendants Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc., both named as
5  Defendants in this case, have a financial interest in this action.

SHEA STOKES, ALC

Dated: December 28, 2007    By: /s/

Maria C. Roberts
Ronald R. Giusso
Attorneys for *Specially Appearing* Defendants
HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S OPERATING COMPANY, INC.
and HARRAH'S RINCON RESORT & CASINO,
INC.

S0078883.DOC                                    -1-              NOTICE OF PARTY WITH FINANCIAL
                                                                              INTEREST