```
FILED
07 DEC 28 PM 4:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY
```

1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
3  SHEA STOKES, A LAW CORPORATION
    510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:     (619) 232-4261
5  FACSIMILE:      (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
    HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

8

9
                    UNITED STATES DISTRICT COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11

12                                                    '07 CV 2430 IEG POR

13  MARISELA AYON, an individual, JOSE R.    CASE NO.
    AYON, an individual,
14                                            Action Date:   October 22, 2007
            Plaintiffs,
15
    vs.                                       CERTIFICATE OF SERVICE OF NOTICE
16                                            TO ADVERSE PARTY OF REMOVAL TO
    HARRAH'S ENTERTAINMENT, INC., a          FEDERAL COURT
17  Delaware corporation; HARRAH'S
    OPERATING COMPANY, INC., a Delaware
18  corporation; HARRAH'S RINCON RESORT
    & CASINO, INC., a corporation qualified to
19  do business in California; and DOES 1 to 25,
    inclusive,
20
            Defendant.
21

22      I, the undersigned, declare that:

23

24      I am over the age of 18 years and not a party to the case; I am employed in, or am a

25  resident of, the County of San Diego, State of California, where the within mailing occurs, and my

26  business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

27

28

S007888

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY OF REMOVAL TO FEDERAL
COURT

1     I further declare that I am readily familiar with Shea Stokes' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

    I caused to be served this 28th day of December, 2007, the following document:

1. **CIVIL COVER SHEET;**
2. **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT;**
3. **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REMOVAL OF ACTION TO FEDERAL COURT;**
4. **NOTICE OF PARTY WITH FINANCIAL INTEREST,**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

James E. Griswold, Esq.
Law Offices of J.E. Griswold & Associates
2510 North Grand Avenue, Suite 201
Santa Ana, CA  92705-8754
(714) 633-9500 – Telephone
(714) 633-3885 – Facsimile
ATTORNEY FOR PLAINTIFFS MARISELA AND JOSE R. AYON

☒     BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to the Federal Rules of Civil Procedure. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was executed on December 28, 2007 at San Diego, California.

Luci DeMaria-Rudy

-2-     CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT