1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:   (619) 232-4261
5  FACSIMILE:   (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| MARISELA AYON, an individual, JOSE R. AYON, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. 07-CV-2430 IEG POR<br><br>Action Date:　July 9, 2007<br>Judge:　Hon. Irma E. Gonzalez<br>Mag. Judge:　Hon. Louisa S. Porter<br><br>*SPECIALLY APPEARING* DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6) AND (7)<br><br>ACCOMPANYING DOCUMENTS: MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARIA C. ROBERTS; DECLARATION OF MICHAEL E. KOSTRINSKY; NOTICE OF LODGMENT OF EXHIBITS; [PROPOSED] ORDER<br><br>Date:　February 11, 2008<br>Time:　10:30 a.m.<br>Courtroom:　1 |

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

S0078933                                                                    CASE NO. 07-CV-2430 IEG POR

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on February 11, 2008, at 10:30 a.m. in Courtroom 1 of the above-entitled Court, located at 880 Front Street, San Diego, California 92101-8900, *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; and HARRAH'S RINCON RESORT & CASINO, INC. will move this Court for an order to dismiss this action pursuant to F.R.Civ.P. Rule 12(b)(1), (2), (6) and (7) on the bases that this Court lacks subject matter and personal jurisdiction; for failure to join a necessary and indispensable party; and for failure to state a claim.

The motion is based on this notice of motion, the memorandum of points and authorities, the declarations of Maria C. Roberts and Michael E. Kostrinsky, the notice of lodgment of exhibits filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: January 8, 2008    By:  s/Maria C. Roberts
                               Maria C. Roberts
                               Ronald R. Giusso
                               Attorneys for *Specially Appearing* Defendants
                               HARRAH'S ENTERTAINMENT, INC.,
                               HARRAH'S OPERATING COMPANY, INC.
                               and HARRAH'S RINCON RESORT & CASINO, INC.

S0078933                             -1-                    CASE NO. 07-CV-2430 IEG POR