1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MARISELA AYON, an individual, JOSE R. AYON, an individual, | CASE NO. 07-CV-2430 IEG POR |
| 13                        Plaintiffs, | Action Date:     July 9, 2007<br>Judge:              Hon. Irma E. Gonzalez |
| 14  vs. | Mag. Judge:     Hon. Louisa S. Porter |
| 15  HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S | DECLARATION OF MARIA C. ROBERTS IN SUPPORT OF *SPECIALLY APPEARING* |
| 16  OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT | DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), |
| 17  & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, | (2), (6) AND (7) |
| 18  inclusive, | ACCOMPANYING DOCUMENTS: NOTICE; MEMORANDUM OF POINTS |
| 19                        Defendant. | AND AUTHORITIES; DECLARATION OF MICHAEL E. KOSTRINSKY; NOTICE OF |
| 20 | LODGMENT OF EXHIBITS; [PROPOSED] ORDER |
| 21 | Date:             February 11, 2008 |
| 22 | Time:             10:30 a.m.<br>Courtroom:     1 |
| 23 | |

24  / / /

25  / / /

26  / / /

27  / / /.

28  / / /

I, Maria C. Roberts, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am an attorney with Shea Stokes Roberts & Wagner, ALC, attorneys of record for *Specially Appearing* Defendants Harrah's Entertainment, Inc., Harrah's Operating Company, Inc. and Harrah's Rincon Resort & Casino, Inc.  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.    This declaration is submitted in support of *Specially Appearing* Defendant's Motion to Dismiss Pursuant to F.R.Civ.P. Rule 12(b)(1), (2), (6) and (7) and to dismiss for failure to exhaust tribal remedies.

3.    A true and correct copy of the First Amended Complaint filed by Jose R. Ayon and Marisela Ayon is attached to the Notice of Lodgment of Exhibits as Exhibit 1.

4.    A true and correct copy of the Tribal-State Gaming Compact between the State of California and the Rincon San Luiseno Band of Mission Indians is attached to the Notice of Lodgment of Exhibits as Exhibit 2.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

S0078936

-1-                    CASE NO. 07-CV-2430 IEG POR

1     5.    A true and correct copy of the Patron Tort Claims Ordinance adopted by the

2 Rincon San Luiseno Band of Mission Indians is attached to the Notice of Lodgment of Exhibits as

3 Exhibit 3.

4

5     I declare under penalty of perjury that the foregoing is true and correct, and that this

6 declaration was executed by me on January 8, 2008 at San Diego, California.

7

8               s/Maria C. Roberts

                   Maria C. Roberts

S0078936