1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:   (619) 232-4261
5  FACSIMILE:   (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | MARISELA AYON, an individual, JOSE R. AYON, an individual, | CASE NO. 07-CV-2430 IEG POR |
|---|---|
| Plaintiffs, | Action Date:   July 9, 2007<br>Judge:   Hon. Irma E. Gonzalez<br>Mag. Judge:   Hon. Louisa S. Porter |
| vs. | PROOF OF SERVICE |
| HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive, | |
| Defendant. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

S0079156

Proof of Service

*Ayon v. Harrah's Entertainment, Inc., et al.*
United States District Court, Southern District of California Case No. 07-CV-2430 IEG POR

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

   On January 8, 2008, I served the following document(s) described as

- *SPECIALLY APPEARING* DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6) AND (7);

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b) (1), (2), (6) AND (7);

- DECLARATION OF MARIA C. ROBERTS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6) AND (7);

- DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6) AND (7);

- NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6) AND (7); and

- [PROPOSED] ORDER.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James E. Griswold, Esq.<br>Law Offices of J.E. Griswold & Associates<br>2510 North Grand Avenue, Suite 201<br>Santa Ana, CA  92705-8754<br>(714) 633-9500 – Telephone<br>(714) 633-3885 – Facsimile | Attorney for Plaintiffs Marisela Ayon and Jose R. Ayon |

☒   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  ☐   BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

2  ☐   BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

3  ☐   BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

4  ☐   BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

Executed on January 8, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Wendy Roan*
Wendy Roan

S0079156

-3-
Proof of Service