UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual; JOSE R. AYON,<br><br>  Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., a Nevada corporation; HARRAH'S RINCON RESORT AND CASINO, INC., a corporation qualified to do business in California; DOES 1 THROUGH 25, inclusive; HARRAH'S OPERATING COMPANY, INC.,<br><br>  Defendants. | Civil No.   07-cv-2430-IEG (POR)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

On December 28, 2007 this case was removed by Defendants from the Superior Court for the County of San Diego to the United States District Court for the Southern District of California. On January 7, 2008, this Court ordered the parties to appear at an Early Neutral Evaluation conference scheduled for February 11, 2008. Under Local Rule 16.1(c), Early Neutral Evaluation conferences are scheduled following the filing of an answer, unless requested by counsel prior to the filing of an answer. The Early Neutral Evaluation conference in this matter was scheduled with the wrongful understanding that an answer had been filed in the Superior Court for the County of San Diego prior to removal of this matter.

The Court has since been informed that there has not been an answer filed in this matter. Accordingly, the Early Neutral Evaluation Conference scheduled for February 11, 2008 shall be VACATED.

1 | Counsel for Plaintiff shall serve a copy of this order on all parties that enter this case
2 | hereafter.
3 |
4 | DATED: January 31, 2008
5 |
6 | _____
  | LOUISA S PORTER
7 | United States Magistrate Judge
8 | cc: The Honorable Irma E. Gonzalez
9 | all parties