1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:  (619) 232-4261
5  FACSIMILE:   (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARISELA AYON, an individual, JOSE R. AYON, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive,<br><br>          Defendant. | CASE NO. 07-CV-2430 IEG POR<br><br>Action Date:   July 9, 2007<br>Judge:         Hon. Irma E. Gonzalez<br>Mag. Judge:    Hon. Louisa S. Porter<br><br>DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS<br><br>ACCOMPANYING DOCUMENTS: REPLY MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date:       February 11, 2008<br>Time:       10:30 a.m.<br>Courtroom:  1 |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

S0079627                                    -i-                    CASE NO. 07-CV-2430 IEG POR

I, Ronald R. Giusso, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Shea Stokes Roberts & Wagner, ALC, attorneys of record for *Specially Appearing* Defendants Harrah's Entertainment, Inc., Harrah's Operating Company, Inc., and Harrah's Rincon Resort & Casino, Inc. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. This declaration is submitted in support of *Specially Appearing* Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Dismiss.

3. On January 8, 2008, *Specially Appearing* Defendants filed a Motion to Dismiss the AYONS' complaint. The AYONS' Opposition to the Motion to Dismiss was due on January 28, 2008. As of February 1, 2008, the AYONS still had not filed their Opposition to *Specially Appearing* Defendants' Motion to Dismiss.

4. I have attempted to contact Plaintiffs' counsel numerous times, both telephonically and in writing to discuss this case, and the AYONS' counsel has never returned my calls or responded to my letters.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed by me on February 1, 2008 at San Diego, California.

/s/ Ronald R. Giusso
Ronald R. Giusso