# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON and JOSE R. AYON,<br><br>                     Plaintiffs,<br>  vs.<br><br>HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON RESORT AND CASINO, INC.; HARRAH'S OPERATING COMPANY, INC.,<br><br>                     Defendants. | CASE NO. 07cv2430-IEG(POR)<br><br>ORDER VACATING HEARING |

As Plaintiffs have filed no opposition to the Defendant's duly noticed motion to dismiss [Doc. No. 6] the February 11, 2008 hearing is hereby VACATED. The Court shall issue an order in due course.

**IT IS SO ORDERED**.

**DATED: February 5, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

07cv2430