# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON and JOSE R. AYON,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>HARRAH'S ENTERTAINMENT, INC.;<br>HARRAH'S RINCON RESORT AND<br>CASINO, INC.; HARRAH'S OPERATING<br>COMPANY, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 07cv2430-IEG(POR)<br><br>ORDER GRANTING DEFENDANTS<br>LEAVE TO FILE ADDITIONAL<br>REPLY BRIEF |

Specially Appearing Defendants Harrah's Entertainment, Inc., Harrah's Operating Company, Inc. and Harrah's Rincon Resort & Casino, Inc. moved to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(6) and 12(b)(7).  Although Plaintiffs did not file a timely opposition, counsel appeared at the time originally noticed for the hearing on Defendants' motion and requested leave to file a written opposition.  The Court granted Plaintiffs leave to file their opposition.  Therefore, the Court grants Specially Appearing Defendants leave to file an additional reply brief on or before February 19, 2008.  The motion shall be submitted on the papers and without oral argument absent further order of the Court.

**IT IS SO ORDERED**.

**DATED: February 12, 2008**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court**