1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:   (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

6 | Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7 | INC.

8 |               UNITED STATES DISTRICT COURT

9 |             SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | MARISELA AYON, an individual, JOSE R.
AYON, an individual,

12 |                     Plaintiffs,

13 | vs.

14 | HARRAH'S ENTERTAINMENT, INC., a
15 | Delaware corporation; HARRAH'S
OPERATING COMPANY, INC., a Delaware
16 | corporation; HARRAH'S RINCON RESORT
& CASINO, INC., a corporation qualified to
17 | do business in California; and DOES 1 to 25,
inclusive,

18 |

19 |                     Defendant.

20 |

21 |

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

---

CASE NO. 07-CV-2430 IEG POR

Action Date:    July 9, 2007
Judge:          Hon. Irma E. Gonzalez
Mag. Judge:     Hon. Louisa S. Porter

DECLARATION OF RONALD R. GIUSSO
IN SUPPORT OF *SPECIALLY APPEARING*
DEFENDANTS' REPLY TO PLAINTIFFS'
RESPONSES TO DEFENDANTS' MOTION
TO DISMISS; OPPOSITION TO REMOVAL;
AND REQUEST TO REMAND TO STATE
COURT

ACCOMPANYING DOCUMENT:
REPLY

Date:          N/A
Time:          N/A
Courtroom:     1

---

CASE NO. 07-CV-2430 IEG POR

1    I, Ronald R. Giusso, declare as follows:

2

3    1.    I am an attorney duly admitted to practice before this Court.  I am an attorney with

4    Shea Stokes Roberts & Wagner, ALC, attorneys of record for *Specially Appearing* Defendants

5    Harrah's Entertainment, Inc., Harrah's Operating Company, Inc., and Harrah's Rincon Resort &

6    Casino, Inc.  If called as a witness, I could and would competently testify to all facts within my

7    personal knowledge except where stated upon information and belief.

8

9    2.    This declaration is submitted in support of *Specially Appearing* Defendants' Reply

10   to Plaintiffs' Responses to Defendants' Motion to Dismiss, Opposition to Removal, and Request to

11   Remand to State Court.

12

13   3.    *Specially Appearing* Defendants filed their motion to dismiss AYONS' complaint

14   pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (6) and (7) on December 28, 2008.

15

16   4.    The hearing date for the motion to dismiss was set for February 11, 2008.

17

18   5.    According to Local Civil Rule 7.1.e.2, the AYONS' opposition was due on January

19   28, 2008.  However, the AYONS' did not file an opposition, and the hearing date for the motion to

20   dismiss was vacated.

21

22   6.    On February 11, 2008, the day for which the hearing had been scheduled prior to

23   being vacated, the AYONS' counsel appeared before this Court and attempted to file a document

24   entitled "Response to Defendant's Motion to Dismiss; Opposition to Removal; Request to Remand

25   to State Court."  This Court permitted the AYONS' counsel to file the "opposition" and allowed

26   *Specially Appearing* Defendants until Tuesday, February 19, 2008, to file a reply.

27   / / /

28   / / /

1      7.    A true and correct copy of Plaintiffs Marisela AYON and Jose R. AYON's

2  Statement of Damages, filed in the Superior Court of California County of San Diego on

3  November 16, 2007, is attached hereto as Exhibit 4.

4

5      I declare under penalty of perjury that the foregoing is true and correct, and that this

6  declaration was executed by me on February 19, 2008 at San Diego, California.

7

8                                                    /s/ Ronald R. Giusso
                                                     Ronald R. Giusso
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 4



**—DO NOT FILE WITH THE COURT—**
**—UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585—**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of JE Griswold & Associates<br>James E. Griswold   SBN 207294<br>2510 North Grand Avenue, Suite 201<br>Santa Ana, CA  92705-8754 | 714.633.9500 | |

ATTORNEY FOR (Name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 325 S. Melrose Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081-6643
BRANCH NAME: North County Division

PLAINTIFF: Marisela Ayon, et al.
DEFENDANT: Harrah's Entertainment, Inc., et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>37-2007-00054281-CU-PO-NC |
|---|---|

To (name of one defendant only): Marisela Ayon
Plaintiff (name of one plaintiff only): Harrah's Operating Company, Inc.
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. [X] Pain, suffering, and inconvenience ................................ | $ | 150,000 |
| b. [X] Emotional distress ................................................. | $ | 150,000 |
| c. [ ] Loss of consortium ............................................... | $ | |
| d. [ ] Loss of society and companionship (wrongful death actions only) ..... | $ | |
| e. [ ] Other (specify) ................................................... | $ | |
| f. [ ] Other (specify) ................................................... | $ | |
| g. [ ] Continued on Attachment 1.g. | | |
| **2. Special damages** | | |
| a. [X] Medical expenses (to date) ....................................... | $ | 31,520 |
| b. [X] Future medical expenses (present value) .......................... | $ | 20,000 |
| c. [ ] Loss of earnings (to date) ....................................... | $ | |
| d. [ ] Loss of future earning capacity (present value) .................. | $ | |
| e. [ ] Property damage .................................................. | $ | |
| f. [ ] Funeral expenses (wrongful death actions only) ................... | $ | |
| g. [ ] Future contributions (present value) (wrongful death actions only) ... | $ | |
| h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... | $ | |
| i. [ ] Other (specify) ................................................... | $ | |
| j. [ ] Other (specify) ................................................... | $ | |
| k. [ ] Continued on Attachment 2.k. | | |

3. [ ]   **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) .. $
when pursuing a judgment in the suit filed against you.

Date: 11.16.07

.......... James E. Griswold, Esq. ..........
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
JC Forms for WinDraft ™

**—DO NOT FILE WITH THE COURT—**
**—UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585—**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of JE Griswold & Associates<br>James E. Griswold    SBN 207294<br>2510 North Grand Avenue, Suite 201<br>Santa Ana, CA  92705-8754 | 714.633.9500 | |

ATTORNEY FOR *(name):* Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 325 S. Melrose Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA  92081-6643
BRANCH NAME: North County Division

PLAINTIFF: Marisela Ayon, et al.
DEFENDANT: Harrah's Entertainment, Inc., et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER:
37-2007-00054281-CU-PO-NC

To *(name of one defendant only):* Jose Ayon
Plaintiff *(name of one plaintiff only):* Harrah's Operating Company, Inc.
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                           AMOUNT
   a. [ ] Pain, suffering, and inconvenience ............................... $ _____
   b. [ ] Emotional distress ............................................... $ _____
   c. [X] Loss of consortium ............................................... $    50,000
   d. [ ] Loss of society and companionship *(wrongful death actions only)* ... $ _____
   e. [ ] Other *(specify)* ................................................ $ _____
   f. [ ] Other *(specify)* ................................................ $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [ ] Medical expenses *(to date)* ..................................... $ _____
   b. [ ] Future medical expenses *(present value)* ....................... $ _____
   c. [ ] Loss of earnings *(to date)* .................................... $ _____
   d. [ ] Loss of future earning capacity *(present value)* ............... $ _____
   e. [ ] Property damage ................................................. $ _____
   f. [ ] Funeral expenses *(wrongful death actions only)* ................ $ _____
   g. [ ] Future contributions *(present value) (wrongful death actions only)* ... $ _____
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ... $ _____
   i. [ ] Other *(specify)* ............................................... $ _____
   j. [ ] Other *(specify)* ............................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* .. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 11.16.07

.......... James E. Griswold, Esq. ..........
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted by Rule 982
Judicial Council of California
982(a)(24) [New January 1, 1997]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
JC Forms for UniDocs ™