UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual; JOSE R. AYON,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HARRAH'S ENTERTAINMENT, INC., a Nevada corporation; HARRAH'S RINCON RESORT AND CASINO, INC., a corporation qualified to do business in California; DOES 1 THROUGH 25, inclusive; HARRAH'S OPERATING COMPANY, INC.,<br><br>　　　　　　　　　　　　　Defendants. | Civil No.   07-cv-2430-IEG (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　Upon representation by counsel for all parties in this matter that this case will be voluntarily dismissed, IT IS HEREBY ORDERED:

　　　1.　A Joint Motion for Dismissal shall be submitted to the Honorable Irma E. Gonzalez on or before **March 14, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

　　　2.　If a Joint Motion for Dismissal is not submitted on or before March 14, 2008, then a Settlement Disposition Conference shall be held on **March 17, 2008,** at **9:30 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Defendants' counsel shall arrange and initiate a conference call to (619) 557-5383.

///

- 1 -

1  3.  If a Joint Motion for Dismissal is received on or before March 14, 2008, the
2  Settlement Disposition Conference shall be VACATED without further court order.

4  DATED:  March 5, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

8  cc:  The Honorable Irma E. Gonzalez
9       all parties