UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual; JOSE R. AYON,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., a Nevada corporation; HARRAH'S RINCON RESORT AND CASINO, INC., a corporation qualified to do business in California; DOES 1 THROUGH 25, inclusive; HARRAH'S OPERATING COMPANY, INC.,<br><br>Defendants. | Civil No.   07-cv-2430-IEG (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties in this matter contacted the Court in accordance with the March 5, 2008 Order that if this case were not voluntarily dismissed on or before March 14, 2008, a Settlement Disposition Conference would be held. To date, the parties have not submitted a Joint Motion for Dismissal to the Honorable Irma E. Gonzalez. IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Irma E. Gonzalez on or before **March 31, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before March 31, 2008, then a Settlement Disposition Conference shall be held on **April 1, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.

Defendants' counsel shall arrange and initiate a conference call to (619) 557-5383. Counsel shall be prepared at that conference to discuss the scheduling of an Early Neutral Evaluation conference at which all counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear.

3. If a Joint Motion for Dismissal is received on or before March 31, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: March 18, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Irma E. Gonzalez
    all parties