1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:  (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S ENTERTAINMENT, INC.,
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
7  INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual, JOSE R. AYON, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. 07-CV-2430 IEG POR<br><br>Action Date:　July 9, 2007<br>Judge:　　　　Hon. Irma E. Gonzalez<br>Mag. Judge:　Hon. Louisa S. Porter<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CASE NO. 07-CV-2430 IEG POR

1  WHEREAS on December 28, 2008, *Specially Appearing* Defendants Harrah's Entertainment, Inc.; Harrah's Operating Company, Inc.; and Harrah's Rincon Resort & Casino, Inc. (a non-legal entity) removed this action to the United States District Court for the Southern District of California.

WHEREAS on January 8, 2008, *Specially Appearing* Defendants filed a motion to dismiss Plaintiffs' Complaint pursuant to F.R.Civ.P. Rule 12.

WHEREAS the hearing date for *Specially Appearing* Defendants' motion to dismiss was originally set for February 11, 2008 and such date was vacated by the Court.

WHEREAS this Court allowed Plaintiffs' counsel to file an opposition to the motion to dismiss, and *Specially Appearing* Defendants to file a reply brief on Tuesday, February 19, 2008.

WHEREAS the AYONS wish to dismiss with prejudice their claims against all named *Specially Appearing* Defendants.

WHEREAS *Specially Appearing* Defendants will request that the presently pending Rule 12 Motion to dismiss be taken off calendar.

WHEREAS the AYONS have agreed to waive all claims against *Specially Appearing* Defendants and any other Harrah's ~~related~~ entity, whether in this action or otherwise.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation
Dismissal (S0080163)

-1-   CASE NO. 07-CV-2430 IEG POR

1     IT IS HEREBY STIPULATED THAT:

2     1.     The AYONS will execute and file with this Court a Request for Dismissal with
3 prejudice of this entire action.

5     2.     The AYONS will and hereby do agree to waive any claims against *Specially*
6 *Appearing* Defendants and any other Harrah's ~~related~~ entity, in this action or otherwise.

8     3.     *Specially Appearing* Defendants request that this Court take the presently pending
9 Rule 12 Motion to dismiss off calendar.

LAW OFFICES OF J.E. GRISWOLD & ASSOCIATES

Dated: ~~February~~ March 26, 2008      By: _____
    James B. Griswold
    Attorneys for Plaintiffs
    MARISELA and JOSE R. AYON


SHEA STOKES ROBERTS & WAGNER, ALC

Dated: ~~February~~ April 2, 2008      By: _____
    Maria C. Roberts
    Ronald R. Giusso
    Attorneys for *Specially Appearing* Defendants
    HARRAH'S ENTERTAINMENT, INC.,
    HARRAH'S OPERATING COMPANY, INC.
    and HARRAH'S RINCON RESORT & CASINO,
    INC.

///
///
///
///
///

| | | |
|---|---|---|
| Dated: February ___, 2008 | By: | *[signature]* 3-21-08 |
| | | MARISELA AYON |

| | | |
|---|---|---|
| Dated: February ___, 2008 | By: | *[signature]* 03/21/08 |
| | | JOSE R. AYON |

IT IS HEREBY ORDERED.

Dated: _____, 2008

Hon. Irma E. Gonzalez
Judge of the United States District Court