UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual; JOSE R. AYON,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., a Nevada corporation; HARRAH'S RINCON RESORT AND CASINO, INC., a corporation qualified to do business in California; DOES 1 THROUGH 25, inclusive; HARRAH'S OPERATING COMPANY, INC.,<br><br>Defendants. | Civil No.   07-cv-2430-IEG (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On April 1, 2008, the Court held a Settlement Disposition Conference in this matter. James Griswold appeared on behalf of Plaintiff. Ronald Giusso appeared on behalf of Defendants. The parties have not submitted a Joint Motion for Dismissal to the Honorable Irma E. Gonzalez. IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Irma E. Gonzalez on or before **April 3, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before April 3, 2008, then a Settlement Disposition Conference shall be held on **April 4, 2008,** at **1:30 p.m.** before Judge Porter. The conference shall be telephonic, with attorneys only.

- 1 -

1   Defendants' counsel shall arrange and initiate the conference call.

2   3.   If a Joint Motion for Dismissal is received on or before April 3, 2008, the Settlement

3   Disposition Conference shall be VACATED without further court order.

4

5   DATED: April 1, 2008

6

7   _____
    LOUISA S PORTER
    United States Magistrate Judge
8

9   cc:   The Honorable Irma E. Gonzalez

10         all parties

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28