```
 1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
 2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
 3  SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
 4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:  (619) 232-4261
 5  FACSIMILE:   (619) 232-4840

 6  Attorneys for Specially Appearing Defendants HARRAH'S ENTERTAINMENT, INC.,
    HARRAH'S OPERATING COMPANY, INC. and HARRAH'S RINCON RESORT & CASINO,
 7  INC.
```

FILED
08 APR -4 AM 9:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA AYON, an individual, JOSE R. AYON, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware corporation; HARRAH'S RINCON RESORT & CASINO, INC., a corporation qualified to do business in California; and DOES 1 to 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. 07-CV-2430 IEG POR<br><br>Action Date:　July 9, 2007<br>Judge:　　　　Hon. Irma E. Gonzalez<br>Mag. Judge:　Hon. Louisa S. Porter<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER |

///
///
///
///
///
///
///
///
///

CASE NO. 07-CV-2430 IEG POR

1   WHEREAS on December 28, 2008, *Specially Appearing* Defendants Harrah's
2 Entertainment, Inc.; Harrah's Operating Company, Inc.; and Harrah's Rincon Resort & Casino,
3 Inc. (a non-legal entity) removed this action to the United States District Court for the Southern
4 District of California.
5
6   WHEREAS on January 8, 2008, *Specially Appearing* Defendants filed a motion to dismiss
7 Plaintiffs' Complaint pursuant to F.R.Civ.P. Rule 12.
8
9   WHEREAS the hearing date for *Specially Appearing* Defendants' motion to dismiss was
10 originally set for February 11, 2008 and such date was vacated by the Court.
11
12   WHEREAS this Court allowed Plaintiffs' counsel to file an opposition to the motion to
13 dismiss, and *Specially Appearing* Defendants to file a reply brief on Tuesday, February 19, 2008.
14
15   WHEREAS the AYONS wish to dismiss with prejudice their claims against all named
16 *Specially Appearing* Defendants.
17
18   WHEREAS *Specially Appearing* Defendants will request that the presently pending Rule
19 12 Motion to dismiss be taken off calendar.
20
21   WHEREAS the AYONS have agreed to waive all claims against *Specially Appearing*
22 Defendants and any other Harrah's ~~related~~ entity, whether in this action or otherwise.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation
Dismissal (S0080163)

-1-   CASE NO. 07-CV-2430 IEG POR

1  IT IS HEREBY STIPULATED THAT:

2    1.    The AYONS will execute and file with this Court a Request for Dismissal with
3  prejudice of this entire action.

4

5    2.    The AYONS will and hereby do agree to waive any claims against *Specially*
6  *Appearing* Defendants and any other Harrah's ~~related~~ entity, in this action or otherwise.

7

8    3.    *Specially Appearing* Defendants request that this Court take the presently pending
9  Rule 12 Motion to dismiss off calendar.

10

11                       LAW OFFICES OF J.E. GRISWOLD & ASSOCIATES

12

13 Dated: ~~February~~ March 26, 2008    By: _____
14                                   James B. Griswold
                                  Attorneys for Plaintiffs
15                                   MARISELA and JOSE R. AYON

16

17                         SHEA STOKES ROBERTS & WAGNER, ALC

18

19 Dated: ~~February~~ April 2, 2008    By: _____
20                                   Maria C. Roberts
                                  Ronald R. Giusso
21                                   Attorneys for *Specially Appearing* Defendants
                                  HARRAH'S ENTERTAINMENT, INC.,
22                                   HARRAH'S OPERATING COMPANY, INC.
                                  and HARRAH'S RINCON RESORT & CASINO,
23                                   INC.

24 ///

25 ///

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February ___, 2008 | By: _____ 3-21-08 |
| 3 | | MARISELA AYON |
| 4 | | |
| 5 | Dated: February ___, 2008 | By: _____ 03/21/08 |
| 6 | | JOSE R. AYON |
| 7 | IT IS HEREBY ORDERED. | |
| 8 | | _____ |
| 9 | Dated: April 3, 2008 | Hon. Irma E. Gonzalez<br>Judge of the United States District Court |

-3-   CASE NO. 07-CV-2430 IEG POR

Stipulation
Dismissal (S0080163)